**FILED**
8/17/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 17 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

RONALD CROSBY,

    PLAINTIFF,

VS.

OFFICER GONZALEZ, CHICAGO POLICE STAR # 15231, OFFICER IZZO BEAT:1131, HUMPHREY STAR#21089, all CHICAGO POLICE OFFICER'S

    DEFENDANTS,

12 C 5622
Judge Joan B. Gottschall
Magistrate Judge Nan R. Nolan

## COMPLAINT

NOW COMES RONALD CROSBY, an inmate and hereby moves this court to file this 42 U.S.C § 1983 suit against three chicago police officer's for excessive force, and violating the Fourth amendment, and the violation of due process clause constitutional rights.

    NOW comes Ronald Crosby ID#R-05406, and states as follows, plaintiff current address is 3820 East Main STreet Danville, Illinois 61834 at Danville Corr.Center.

### JURISDICTION AND VENUE

1. Plaintiff Crosby, brings this action pursuant to 42 U.S.C § 1983. To remedy the violation of his rights under the Fourth amendment and the Due process Clause to the United States under the fourteenth amendment. Accordingly, this court has jurisdiction over this matter pursuant to 28 U.S.C § 1331 and 1343(a)(3). The plaintiff seeks damages, as well as to attorney fees and cost pursuant to 42 U.S.C § 1988.

2. Venue is proper in this court pursuant to 28 U.S.C.§ 1391(b)(1) and (2).

### PARTIES

3. Mr, Crosby is a citizen of the state of illinois and at all times relevant to this matter the area 4, chicago police department is within this judicial district.

4. At all relevant time officer Gonzalez star no.15231 at are 4, police station is a chicago police officer, and he is being sued in his official/individual capacity.

Pg.1

5.At all relevant time oficer IZZO Beat:1131 is a chicago police officer at the are 4,police station and he is being sued in his official/individual capacity.

6.At all relevant time office Humphrey star #21089 is a chicago police officer at the area 4,police station,and he is being sued in his official/individual capacity.

## EXHAUSTION OF REMEDIES

A.The Plaintiff filed a incident report with the investigator Richard Delaney at the Independant police Review Authority suite 1200 10 west 35th street chicago,illinois 60616.Also on feb 8-12 at 11:15 there was a Chicago police-incident report printed by OBrien,Rory.

## STATEMENT OF CLAIM

On December 31,2010 there was a Domestic related call made to the area four chicago police by the plaintiff drunk mother-in-law due to the plaintiff had put his mother-in-law boyfriend out due to his action while in the plaintiff's home while him and his wife were trying to rest.

      The chicago police arrived wheres there were three police officers which came to the address of 1119 s.Mozart wheres the plaintiff were resting the three police kick and punch the door open without a warrant,and once into the apartment the three officers saw the plaintiff resting and ran towards the plaintiff and tackle him to the ground.,thereafter the three officers pulled the plaintiff to his feet where officer GONZALEZ grab the plaintiff and threw him out of the third floor window wheres the plaintiff landed onto the concreate ground below the window.The plaintiff has attached the picture of the apartment,and the window and where he had landed after being thrown from the third floor window.

      The plaintiff back and arm,head,and hand were injuried which required extensive surgeries along with fractured head,arm,and writ's wheres the plaintiff hand needed surgery.Also the plaintiff has to be seen by the mental doctor behind this incident.

The Plaintiff does not have any warrant for his arrest nor was he on any probation or parole which would cause him to flee from the police officer and jump out of a third floor window. wheres this is what the police officer stated in their report that the plaintiff jump from the window.Also there was a gun put on the plaintiff to cover up what had happen to the plaintiff and the charges of U.U.W was place against the plaintiff, thereafter the charges were dismiss on 2-29-12.

The plaintiff also has the list of treatment and med's he has to take for the rest of his life due to being thrown out of a third floor window by the chicago police officers.WHereas within this list there are reports of the plaintiff using a walker and whelchair,neck Brace/Collar,Blood pressure.his tranfer to(Chs) medical infirmary 13,North then referral to mental health for depressive symptoms,then referred to physical therapy for 1,Reduction of the perilante dislocation 2,Repair of the scapholunate ligament 3,Repair of the ulnar artey 4,Repair of Fpl. 5,Repair of the FDP of the index finger and long finger 6,repair of the flex digitorum sublimis of index,long and ring finger 7,repair of radial digital nerve of the thumb 8,repair of the common digital nerve 9,repair of the digital nerve,index finger 10,repair of the ulnar digital nerve.All from 3-28-11 until 5-3-11.Also the med's list is attached.

The plaintiff has ongoing.,medical issues which is subjected to him dealing with these issues for the rest of his life due to the excessive force by these officer's whereas their action were malicious,intentionally reckless,disregard towards human life.

## RELIEF REQUESTED

The action and inaction are against the defendants in their official/ individual capacity as set forth in count 1, were under taken by maliciously,intentionally reckless,disregard towards human life.,To Mr,Crosby rights.Thereby justifing and award of punitive damages in a fair amount.Where plaintiff Crosby prays that this court direct the defendants(1) Pay cost of this action to Mr,Crosby actual damages and punitive damages;(2) pay cost of these damages and including reasonable attorney fees incurred herein;(3) for

such further relief as this court deems equitable and just/

<u>JURY TRIAL DEMANDED</u>

<u>RESPECTFULLY SUBMITTED</u>

/S/ _____

**Richard Delaney**
Investigator

Independent Police Review Authority
Suite 1200
10 West 35th Street
Chicago, Illinois 60616

312 745-3594

312 745-3591 (FAX)

City of Chicago

Recycled Paper




# CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

RD #: HS683589
EVENT #: 1036504344
Case ID: 7868972   CASR229

## ASSIGNED TO ADMINISTRATIVE PERSONNEL

IUCR: 0486 - Battery - Domestic Battery Simple

Occurrence Location: 11■ S Mozart St, Chicago IL, 090 - Apartment
Beat: 1135
Unit Assigned: 1132
RO Arrival Date: 31 December 2010 09:28
Domestic Related Incident
# Offenders: 1

Occurrence Date: 31 December 2010 08:45 - 31 December 2010 09:26

### VICTIM - Individual

Name: [redacted]
Res: [redacted]
Beat: [redacted]
Beat: 5100
Age: [redacted]
Birth Place: [redacted]

Sobriety: Sober

#### Other Communications and Availability
Cellular Phone: [redacted]
Available Time:

### WITNESS - Individual

Name: [redacted]
Res: [redacted]
Beat: [redacted]
Beat: 5100
Age: [redacted]
Birth Place: [redacted]

#### Other Communications and Availability
Cellular Phone: [redacted]
Available Time:

### SUSPECT #1    In Custody

Name: CROSBY, Ronald
Res: 1119 S Mozart St #2F, Chicago IL
Beat: 1135

**Demographics**
Male
Black
6'00,
200 lbs
Brown Eyes
Black Hair
Short Hair Style
Medium Brown Complexion

DOB: 24 January 1982
Age: 28 years
Birth Place: IL


RD #: HS683589



**Chicago Police Department - Incident Report**  RD #: HS683589

### Injury Info

| | |
|---|---|
| **Injury Extent:** | Minor |
| **CFD First Aid Given?** | Yes |
| **Responding Unit:** | Ambulance |
| **Hospital:** | ███ |
| **Physician:** | ███ |

**Type** ███

**Weapon Used**
Other
Other

### RELATIONSHIP

| (Victim) | | (Offender) |
|---|---|---|
| ███ | is a ███ | CROSBY, Ronald |

Victim Information Provided

Flash Message Sent? No

### Notifications

| Request Type | Unit | Agency Name | Date | Star # | Name |
|---|---|---|---|---|---|
| Notification | 640 | Detective Section - Area 4 | 31 December 2010 11:20 | 21089 | ,HUMPHREY |
| Request Type | Unit | Agency Name | Date | Star # | Name |
| Notification | 640 | Detective Section - Area 4 | 31 December 2010 11:25 | 20266 | ,DET. GENTILLI |

### Narrative

EV#04344 IN SUM; ███ STATED TO R/O'S THAT AN ALTERCATION TOOK PLACE BETWEEN ███ AND ███ RONALD CROSBY(OFFENDER) ███ FURTHER STATED THAT, RONALD CROSBY(OFFENDER) GRABBED ███ ABOUT THE BODY AND DRAGGED HER INTO THE BATHROOM. ███ HEARD RONALD CROSBY(OFFENDER) THREATEN ███ NOT TO CALL THE POLICE. AT THIS POINT, ███ CALLED 911. ███ STATED TO R/O THAT WHEN SHE CALLED 911 SHE INFORMED THE DISPATCHER THAT RONALD CROSBY(OFFENDER) HAD A HAND GUN ON HIS PERSON. ███ HAD SEEN A SMALL BLACK HAND GUN IN RONALD CROSBY(OFFENDER) WAISTBAND. R/O ARRIVED ON SCENE AND ███ STATED TO R/O THAT RONALD CROSBY(OFFENDER) HAD A HANDGUN IN HIS WAISTBAND. R/O ALONG WITH BEAT 1106B ENTERED ███ APT., AND RONALD CROSBY(OFFENDER) WAS NOT FOUND. THE REAR APT. DOOR WAS OPEN ███ STATED TO R/O'S THAT RONALD CROSBY(OFFENDER) FLED OUT THE REAR DOOR. RONALD CROSBY(OFFENDER) WAS LATER ARRESTED AT THE SAME ADDRESS BY BEAT 1131, 1182, AND 1106B (SEE SUPPLEMENTAL REPORT). NOTIFICATIONS MADE TO A/4 DETECTIVES. DET. GENTILLI #20266 AND DET. HUMPHREY #21089. NO PREVIOUS DOMESTIC CONVICTIONS. ADVISED MISDEMEANOR CHARGES.
NOTIFICATION: LIEUTENANT ANDREWS Beat#: Star#: Emp#: Date: 31-DEC-2010 Time: 1000 NOT
ASSISTING OFFICER - STAR#: NAME: IZZO BEAT: 1131
ASSISTING OFFICER - STAR#: NAME: BEAT: 1106B
SUPERVISOR ON SCENE - STAR#: NAME: MC CALL BEAT: 1120
SUPERVISOR ON SCENE - STAR#: NAME: SGT. KUSAR BEAT: 1170



**Chicago Police Department - Incident Report**  RD #: HS683589

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Reporting Officer | 19886 | | TIRADO, Gloria, A | | 31 Dec 2010 12:13 | 011 | 1132 |

# Orders

Patient : CROSBY, RONALD
Address : 2800 S CALIFORNIA, 1170 W ERIE
CHICAGO, IL 60608
Phone : (773) 674-5475
Med Rec # : 004690475c
DOB : 01/14/82
Sex : Male
Physician : ROSINE PA-C, SHANNON A

## All Medications (All Statuses)

**Medications**

fluoxetine (fluoxetine 20 mg Cap UD)
   40 MG, 2 CAP, Cap, PO, Daily, Routine, 02/22/12 9:00:00, 12 WEEK, 05/15/12 9:00:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
   100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 02/21/12 21:00:00, 12 WEEK, 05/14/12 21:00:00
amoxicillin (amoxicillin 500 mg Cap UD)
   500 MG, 1 CAP, Cap, PO, Q 8 Hr, Routine, 02/15/12 17:00:00, 02/22/12 12:30:00
ibuprofen (ibuprofen 600 mg Tab UD)
   600 MG, 1 TAB, Tab, PO, Q 8 Hr, PRN, For Pain, Routine, 02/15/12 12:30:00, 02/22/12 12:30:00
amoxicillin (amoxicillin 500 mg Cap UD)
   500 MG, 1 CAP, Cap, PO, Q 8 Hr, Routine, 02/03/12 17:00:00, 02/10/12 13:30:00
fluoxetine (fluoxetine 20 mg Cap UD)
   20 MG, 1 CAP, Cap, PO, Daily, Routine, 01/20/12 9:00:00, 12 WEEK, 04/12/12 9:00:00
fluoxetine (fluoxetine 20 mg Cap UD)
   40 MG, 2 CAP, Cap, PO, Daily, Routine, 01/20/12 9:00:00, 12 WEEK, 04/12/12 9:00:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
   100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 01/19/12 21:00:00, 12 WEEK, 04/11/12 21:00:00
gabapentin (gabapentin 300 mg Cap UD)
   600 MG, 2 CAP, Cap, PO, Q 12 Hr, Routine, 01/09/12 21:00:00, 6 WEEK, 02/20/12 9:00:00
naproxen (naproxen 500 mg Tab UD)
   500 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 01/09/12 21:00:00, 12 WEEK, 04/02/12 9:00:00
gabapentin (gabapentin 400 mg Cap UD)
   400 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 12/16/11 21:00:00, 6 WEEK, 01/27/12 9:00:00
naproxen (naproxen 375 mg Tab UD)
   375 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/16/11 21:00:00, 6 WEEK, 01/27/12 9:00:00
fluoxetine (fluoxetine 20 mg Cap UD)
   20 MG, 1 CAP, Cap, PO, Daily, Routine, 12/07/11 9:00:00, 01/06/12 15:45:00
fluoxetine (fluoxetine 20 mg Cap UD)
   20 MG, 1 CAP, Cap, PO, Daily, Routine, 12/07/11 9:00:00, 12 WEEK, 02/28/12 9:00:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
   100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 12/06/11 21:00:00, 01/06/12 15:46:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
   100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 12/06/11 21:00:00, 12 WEEK, 02/27/12 21:00:00
gabapentin (gabapentin 100 mg Cap UD)
   200 MG, 2 CAP, Cap, PO, Q 12 Hr, Routine, 11/01/11 21:00:00, 6 WEEK, 12/13/11 9:00:00
gabapentin (gabapentin 400 mg Cap UD)
   400 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 11/01/11 21:00:00, 6 WEEK, 12/13/11 9:00:00
naproxen (naproxen 375 mg Tab UD)
   375 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 11/01/11 21:00:00, 6 WEEK, 12/13/11 9:00:00
miconazole topical (miconazole topical 2% cream) (miconazole topical 2% Cream 15gm)
   1 APP, Cream, Topical, BID kop, Application Site: Other - See Instructions to Nursing, 10/10/11 9:00:00, 4 WEEK, 10/31/11 17:00:00
diphenhydrAMINE (diphenhydramine 25 mg Cap UD)
   25 MG, 1 CAP, Cap, PO, Q 8 Hr, PRN, For Cough, Routine, 10/10/11 0:54:00, 5 DAYS, 10/15/11 0:53:00
diphenhydrAMINE (diphenhydramine 25 mg Cap UD)
   25 MG, 1 CAP, Cap, PO, Q 8 hr kop, PRN, For Cough, Routine, 10/10/11 0:52:00, 5 DAYS, 10/15/11 0:51:00

Print by : WILLIAMS, CHRISTOPHER A
Printed : 03/07/12 09:55          (continued...)          Page 1 of 4

# Orders

Patient : CROSBY, RONALD
Address : 2800 S CALIFORNIA, 1170 W ERIE
CHICAGO, IL 60608
Phone : (773) 674-5475

Med Rec # : 004690475c
DOB : 01/14/82
Sex : Male
Physician : ROSINE PA-C, SHANNON A

**All Orders (All Statuses)** continued...

**Nursing Orders** continued...
 Transfer to (CHS)
  02/06/11 2:02:00, Medical Infirmary, 3 North, Routine
 Wound Care: Dressing Change
  02/04/11 13:15:00, Routine, Daily
 BP, Pulse, RR, Temp
  01/27/11 11:47:00, Routine, 9AM M,W,F

**Medications**
 amoxicillin (amoxicillin 500 mg Cap UD)
  500 MG, 1 CAP, Cap, PO, Q 8 Hr, Routine, 02/15/12 17:00:00, 02/22/12 12:30:00
 ibuprofen (ibuprofen 600 mg Tab UD)
  600 MG, 1 TAB, Tab, PO, Q 8 Hr, PRN, For Pain, Routine, 02/15/12 12:30:00, 02/22/12 12:30:00
 amoxicillin (amoxicillin 500 mg Cap UD)
  500 MG, 1 CAP, Cap, PO, Q 8 Hr, Routine, 02/03/12 17:00:00, 02/10/12 13:30:00
 fluoxetine (fluoxetine 20 mg Cap UD)
  20 MG, 1 CAP, Cap, PO, Daily, Routine, 01/20/12 9:00:00, 12 WEEK, 04/12/12 9:00:00
 fluoxetine (fluoxetine 20 mg Cap UD)
  40 MG, 2 CAP, Cap, PO, Daily, Routine, 01/20/12 9:00:00, 12 WEEK, 04/12/12 9:00:00
 diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
  100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 01/19/12 21:00:00, 12 WEEK, 04/11/12 21:00:00
 gabapentin (gabapentin 300 mg Cap UD)
  600 MG, 2 CAP, Cap, PO, Q 12 Hr, Routine, 01/09/12 21:00:00, 6 WEEK, 02/20/12 9:00:00
 naproxen (naproxen 500 mg Tab UD)
  500 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 01/09/12 21:00:00, 12 WEEK, 04/02/12 9:00:00
 gabapentin (gabapentin 400 mg Cap UD)
  400 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 12/16/11 21:00:00, 6 WEEK, 01/27/12 9:00:00
 naproxen (naproxen 375 mg Tab UD)
  375 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/16/11 21:00:00, 6 WEEK, 01/27/12 9:00:00
 fluoxetine (fluoxetine 20 mg Cap UD)
  20 MG, 1 CAP, Cap, PO, Daily, Routine, 12/07/11 9:00:00, 01/06/12 15:45:00
 fluoxetine (fluoxetine 20 mg Cap UD)
  20 MG, 1 CAP, Cap, PO, Daily, Routine, 12/07/11 9:00:00, 12 WEEK, 02/28/12 9:00:00
 diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
  100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 12/06/11 21:00:00, 12 WEEK, 02/27/12 21:00:00
 diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
  100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 12/06/11 21:00:00, 01/06/12 15:46:00
 gabapentin (gabapentin 100 mg Cap UD)
  200 MG, 2 CAP, Cap, PO, Q 12 Hr, Routine, 11/01/11 21:00:00, 6 WEEK, 12/13/11 9:00:00
 gabapentin (gabapentin 400 mg Cap UD)
  400 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 11/01/11 21:00:00, 6 WEEK, 12/13/11 9:00:00
 naproxen (naproxen 375 mg Tab UD)
  375 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 11/01/11 21:00:00, 6 WEEK, 12/13/11 9:00:00
 miconazole topical (miconazole topical 2% cream) (miconazole topical 2% Cream 15gm)
  1 APP, Cream, Topical, BID kop, Application Site: Other - See Instructions to Nursing, 10/10/11 9:00:00, 4 WEEK, 10/31/11 17:00:00
 diphenhydrAMINE (diphenhydramine 25 mg Cap UD)
  25 MG, 1 CAP, Cap, PO, Q 8 Hr, PRN, For Cough, Routine, 10/10/11 0:54:00, 5 DAYS, 10/15/11 0:53:00

# Orders

Patient : CROSBY, RONALD
Address : 2800 S CALIFORNIA, 1170 W ERIE
CHICAGO, IL 60608
Phone : (773) 674-5475
Med Rec # : 004690475c
DOB : 01/14/82
Sex : Male
Physician : ROSINE PA-C, SHANNON A

## All Orders (All Statuses)          continued...

### Consults/Referrals continued...

**Referral to Physical Therapy**
     Routine, 11/02/11 0:00:00
**Referral to Primary Care**
     Routine, 11/01/11 13:00:00, Skin Rash
**Follow Up to Mental Health**
     Routine, 09/23/11 9:00:00
**Referral to Primary Care**
     Priority, 09/07/11 13:00:00
**Referral to Mental Health**
     Routine, 07/26/11 13:00:00
**Referral to Physical Therapy**
     Priority, 05/03/11 0:00:00

# Orders

Patient : CROSBY, RONALD
Address : 2800 S CALIFORNIA, 1170 W ERIE
CHICAGO, IL 60608
Phone : (773) 674-5475
Med Rec # : 004690475c
DOB : 01/14/82
Sex : Male
Physician : ROSINE PA-C, SHANNON A

## All Orders (All Statuses)     continued...

### Medications continued...
**ibuprofen (ibuprofen 600 mg Tab UD)**
  600 MG, Tab, PO, BID, PRN, For Pain, 01/25/11 7:23:00, 4 WEEK, 02/22/11 7:22:00

### Laboratory
**Quantiferon TB Test**
  01/10/12 0:00:00, Blood, Routine

### Radiology
**Lumbosacral Spine Comp AP/Lat w/ Obl**
  Routine, 05/10/11 10:45:00, Trauma, Ambulatory, Schedule Indicator
**Cervical Spine AP/Lat**
  ASAP, 05/02/11 11:43:00, Neck Pain, Ambulatory, Schedule Indicator
**Lumbosacral Spine AP/Lat (Spine Lumbosacral AP/Lat)**
  Today, 04/20/11 11:32:00, 1-Trauma, Ambulatory, Schedule Indicator
**Thoracic Spine AP/Lat (Spine Thoracic AP/Lat)**
  Today, 04/20/11 11:32:00, Pain, Ambulatory, Schedule Indicator
**Lumbosacral Spine Comp AP/Lat w/ Obl**
  Routine, 03/07/11 12:58:00, Trauma, h/o L1-L2 compression fracture January 2010, Ambulatory, Schedule Indicator
**Lumbosacral Spine Comp AP/Lat w/ Obl**
  Routine, 02/18/11 10:14:00, Trauma, Ambulatory, Schedule Indicator
**Hand Min 3 Views Left**
  Routine, 02/10/11 18:42:00, 2-Fracture, s/p ORIF of carpal bones, Ambulatory, Schedule Indicator
**Wrist Min 3 Views Left**
  Routine, 02/10/11 18:42:00, 2-Fracture, s/p ORIF of carpal bones, Ambulatory, Schedule Indicator

### Consults/Referrals
**Follow Up to Primary Care**
  Routine, 04/24/12 9:00:00
**Follow Up to Psychiatry**
  Routine, 03/20/12 8:30:00
**Referral to Mental Health**
  Routine, 02/21/12 13:00:00
**Referral to Primary Care**
  Routine, 02/02/12 9:00:00
**Follow Up to Psychiatry**
  Priority, 01/19/12 8:30:00
**Referral to Health Service**
  Routine, 01/19/12 8:00:00, HSR Follow Up
**Follow Up to Psychiatry**
  Routine, 01/06/12 13:00:00
**Referral to Health Service**
  Routine, 12/21/11 8:00:00, HSR Follow Up
**Follow Up to Psychiatry**
  Routine, 12/13/11 8:30:00
**Follow Up to Mental Health**
  Routine, 12/06/11 13:00:00
**Referral to Primary Care**
  Routine, 11/17/11 8:30:00

Print by : RABIN DDS, RANDY
Printed : 02/15/12 12:30      (continued...)      Page 5 of 6

# Orders

Patient : CROSBY, RONALD
Address : 2800 S CALIFORNIA, 1170 W ERIE
CHICAGO, IL 60608
Phone : (773) 674-5475
Med Rec # : 004690475c
DOB : 01/14/82
Sex : Male
Physician : ROSINE PA-C, SHANNON A

## All Orders (All Statuses)        continued...

**Medications   continued...**

**acetaminophen-codeine (acetaminophen-codeine 300 mg-30 mg oral tablet) (acetamino-cod 300/30 mg Tab UD)**
  2 TAB, Tab, PO, Q 8 Hr, PRN, For Pain, Routine, 04/11/11 14:36:00, 05/11/11 18:00:00
**diphenhydrAMINE (diphenhydramine 50 mg Cap UD)**
  50 MG, 1 CAP, Cap, PO, Bedtime, PRN, For Insomnia, Routine, 04/11/11 14:36:00, 05/18/11 14:35:00
**diphenhydrAMINE (diphenhydramine 50 mg Cap UD)**
  50 MG, 1 CAP, Cap, PO, Bedtime, PRN, For Insomnia, Routine, 04/09/11 11:14:00, 1 WEEK, 04/16/11 11:13:00
**docusate (docusate 100 mg Cap UD)**
  100 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 04/05/11 21:00:00, 04/15/11 18:00:00
**acetaminophen-codeine (acetaminophen-codeine 300 mg-30 mg oral tablet) (acetamino-cod 300/30 mg Tab UD)**
  2 TAB, Tab, PO, Q 6 Hr, PRN, For Pain, Routine, 03/28/11 14:01:00, 04/15/11 18:00:00
**emollients, topical (hydrophilic oint) (emollients, topical - Oint 100 gm)**
  1 APP, Oint, Topical, Daily, Application Site: Dry skin, 03/22/11 9:00:00, 04/19/11 9:00:00
**docusate (docusate 100 mg Cap UD)**
  100 MG, Cap, PO, Q 12 Hr, Routine, 03/10/11 21:00:00, 04/07/11 18:00:00
**acetaminophen-codeine (acetaminophen-codeine 300 mg-30 mg oral tablet) (acetamino-cod 300/30 mg Tab UD)**
  2 TAB, Tab, PO, Q 6 Hr, PRN, For Pain, Routine, 03/10/11 15:36:00, 03/31/11 14:36:00
**acetaminophen-codeine (acetaminophen-codeine 300 mg-30 mg oral tablet) (acetamino-cod 300/30 mg Tab UD)**
  2 TAB, Tab, PO, Q 6 Hr, Routine, 03/10/11 9:17:00, 03/24/11 18:00:00
**diphenhydrAMINE (diphenhydramine 50 mg Cap UD)**
  50 MG, Cap, PO, Bedtime, PRN, For Insomnia, Routine, 03/09/11 9:58:00, 04/06/11 18:00:00
**emollients, topical (hydrophilic oint) (emollients, topical - Oint 100 gm)**
  1 APP, Oint, Topical, Daily, Application Site: Dry skin, 03/03/11 9:00:00, 04/06/11 18:00:00
**docusate (docusate 100 mg Cap UD)**
  100 MG, Cap, PO, Q 12 Hr, Routine, 02/22/11 21:00:00, 03/09/11 18:00:00
**acetaminophen-codeine (acetaminophen-codeine 300 mg-30 mg oral tablet) (acetamino-cod 300/30 mg Tab UD)**
  2 TAB, Tab, PO, Q 6 Hr, PRN, For Pain, Routine, 02/22/11 14:06:00, 03/09/11 18:00:00
**diphenhydrAMINE (diphenhydramine 25 mg Cap UD)**
  25 MG, Cap, PO, Bedtime, PRN, For Insomnia, Routine, 02/22/11 14:06:00, 03/02/11 18:00:00
**amoxicillin-clavulanate (amoxicillin-clavulanate 875 mg-125 mg oral tablet) (amox-clav 875 mg Tab UD)**
  875 MG, Tab, PO, Q 12 Hr, Routine, 02/10/11 21:00:00, 02/17/11 18:00:00
**amoxicillin-clavulanate (amoxicillin-clavulanate 500 mg-125 mg oral tablet)**
  500 MG, Tab, PO, Q 8 Hr, Routine, 02/07/11 9:00:00, 02/15/11 23:00:00
**clotrimazole topical (clotrimazole topical 1% cream) (clotrimazole topical 1% Cre 15 gm)**
  1 JAR, Cream, Topical, BID, Application Site: Hand, Left, 02/04/11 17:00:00, 02/11/11 13:00:00
**emollients, topical (hydrophilic oint) (emollients, topical - Oint 100 gm)**
  1 APP, Oint, Topical, Daily kop, Application Site: Dry skin, 02/02/11 9:00:00, 02/08/11 13:00:00
**amoxicillin-clavulanate (amoxicillin-clavulanate 875 mg-125 mg oral tablet) (amox-clav 875 mg Tab UD)**
  875 MG, Tab, PO, Q 12 Hr, STAT, 02/01/11 10:24:00, 02/07/11 21:00:00
**acetaminophen-codeine (acetamino-cod 300/30 mg Tab UD)**
  2 TAB, Tab, PO, Q 8 Hr, PRN, For Pain, Routine, 01/28/11 9:37:00, 2 WEEK, 02/11/11 9:36:00
**diphenhydrAMINE (diphenhydramine 50 mg Cap UD)**
  50 MG, Cap, PO, Bedtime, 01/25/11 21:00:00, 4 WEEK, 02/21/11 21:00:00
**docusate (docusate 100 mg Cap UD)**
  100 MG, Cap, PO, BID, 01/25/11 9:00:00, 4 WEEK, 02/21/11 17:00:00
**omeprazole (omeprazole 20 mg DRC UD)**
  40 MG, 2 CAP, Cap, PO, Daily, 01/25/11 9:00:00, 12 WEEK, Physician Stop, 04/18/11 9:00:00

# Orders

Patient : CROSBY, RONALD
Address : 2800 S CALIFORNIA, 1170 W ERIE
CHICAGO, IL 60608
Phone : (773) 674-5475
Med Rec # : 004690475c
DOB : 01/14/82
Sex : Male
Physician : ROSINE PA-C, SHANNON A

## All Orders (All Statuses)                continued...

Medications  continued...

diphenhydrAMINE (diphenhydramine 25 mg Cap UD)
  25 MG, 1 CAP, Cap, PO, Q 8 hr kop, PRN, For Cough, Routine, 10/10/11 0:52:00, 5 DAYS, 10/15/11 0:51:00
fluoxetine (fluoxetine 20 mg Cap UD)
  20 MG, 1 CAP, Cap, PO, Daily, Routine, 09/24/11 9:00:00, 12/23/11 11:44:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
  100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 09/23/11 21:00:00, 12/23/11 11:43:00
naproxen (naproxen 375 mg Tab UD)
  375 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/07/11 21:00:00, 6 WEEK, 10/19/11 9:00:00
gabapentin (gabapentin 100 mg Cap UD)
  200 MG, 2 CAP, Cap, PO, Q 12 Hr, Routine, 09/07/11 17:00:00, 6 WEEK, 10/19/11 9:00:00
tramadol (tramadol (gen Ultram)  50 mg Tab UD)
  50 MG, 1 TAB, Tab, PO, BID, PRN, For Pain, Routine, 08/23/11 9:53:00, 2 WEEK, 09/06/11 9:52:00
trazodone (traZODONE 50 mg Tab UD)
  150 MG, 3 TAB, Tab, PO, Bedtime, Routine, 07/26/11 21:00:00, 10/31/11 14:30:00
tramadol (tramadol (gen Ultram)  50 mg Tab UD)
  100 MG, 2 TAB, Tab, PO, Q 12 Hr, Routine, 07/18/11 21:00:00, 3 WEEK, 08/08/11 9:00:00
emollients, topical (hydrophilic oint)
  1 APP, Oint, Topical, Daily kop, Application Site: Hand, Left, 07/16/11 9:00:00, 08/06/11 18:00:00
emollients, topical (hydrophilic oint) (emollients, topical - Oint 100 gm)
  1 APP, Oint, Topical, Daily kop, Application Site: Hand, Left, 07/16/11 9:00:00, 10/08/11 18:00:00
omeprazole (omeprazole 20 mg Cap) (omeprazole 20 mg DRC UD)
  40 MG, 2 CAP, Cap, PO, Daily, Routine, 07/16/11 9:00:00, 09/10/11 9:00:00
docusate (docusate 100 mg Cap UD)
  100 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 07/15/11 21:00:00, 10/08/11 21:00:00
tramadol (tramadol (gen Ultram)  50 mg Tab UD)
  50 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 07/15/11 21:00:00, 08/06/11 18:00:00
diphenhydrAMINE (diphenhydramine 25 mg Cap UD)
  25 MG, 1 CAP, Cap, PO, Bedtime, PRN, For Insomnia, Routine, 07/15/11 10:48:00, 09/10/11 18:00:00
omeprazole (omeprazole 20 mg Cap) (omeprazole 20 mg DRC UD)
  40 MG, 2 CAP, Cap, PO, Daily, Routine, 07/06/11 9:00:00, 10/08/11 18:00:00
docusate (docusate 100 mg Cap UD)
  100 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 05/23/11 21:00:00, 09/10/11 18:00:00
tramadol (tramadol (gen Ultram)  50 mg Tab UD)
  100 MG, 2 TAB, Tab, PO, Q 6 Hr, Routine, 05/23/11 18:00:00, 09/10/11 18:00:00
diphenhydrAMINE (diphenhydramine 50 mg Cap UD)
  50 MG, 1 CAP, Cap, PO, Bedtime, PRN, For Insomnia, Routine, 05/19/11 21:14:00, 08/06/11 18:00:00
tramadol (tramadol (gen Ultram)  50 mg Tab UD)
  50 MG, 1 TAB, Tab, PO, Q 6 Hr, Routine, 05/10/11 12:00:00, 08/06/11 18:00:00
emollients, topical (hydrophilic oint) (emollients, topical - Oint 100 gm)
  1 APP, Oint, Topical, Daily, Application Site: Hand, Left, 05/10/11 9:00:00, 06/11/11 18:00:00
emollients, topical (hydrophilic oint) (emollients, topical - Oint 100 gm)
  1 APP, Oint, Topical, Daily, Application Site: Dry skin, 04/12/11 9:00:00, 05/11/11 18:00:00
omeprazole (omeprazole 20 mg DRC UD)
  40 MG, 2 CAP, Cap, PO, Daily, Routine, 04/12/11 9:00:00, 12 WEEK, Physician Stop, 07/04/11 9:00:00
docusate (docusate 100 mg Cap UD)
  100 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 04/11/11 21:00:00, 05/18/11 18:00:00

Patient: CROSBY, RONALD  
MRN: 00305792z  

Active Orders/Nurse Collects  

Printed by: FLEMING, JONNIE  
Printed on: 6/9/2011 02:37  

| Activity Type | Order Date/Time | Order | Details |
|---|---|---|---|
| Asmt/Tx/Monitoring | | | |
| | 03/28/11 00:00:00 | Alert CCDOC | 03/28/11 8:00:00 unlocked Wheelchair | Brace/Collar, Routine, 03/28/11 8:00:00 |
| | 01/27/11 11:47:00 | BP, Pulse, RR, Temp | 01/27/11 11:47:00, Routine, 9AM M,W,F |
| Patient Activity | | | |
| | 02/06/11 02:02:00 | Transfer to (CHS) | 02/06/11 2:02:00, Medical Infirmary, 3 North, Routine |
| Referrals | | | |
| | 05/11/11 00:00:00 | Referral to Mental Health | Routine, 05/11/11 0:00:00 Comments: C/o depressive symptoms |
| | 05/03/11 00:00:00 | Referral to Physical Therapy | Priority, 05/03/11 0:00:00, Comments: 1. Reduction of the perilunate dislocation 2. Repair of the scapholunate ligament 3. Repair of the ulnar artery 4. Repair of FPL 5. Repair of the FDP of the index finger and long finger 6. Repair of the flexor digitorum subtimis of index, long and ring fingers 7. Repair of radial digital nerve of the thumb 8. Repair of the common digital nerve 9. Repair of the digital nerve, index finger 10. Repair of the ulnar digital nerve |

## CERTIFICATE OF SERVICE

I MR,CROSBY CERTIFY THAT ON July 12, 2012 I PERSONALLY PLACE THE ORIGINAL AND THREE COPIES OF MY COMPLAINT AGAINST THE THREE CHICAGO POLICE OFFICER'S FOR EXCESSIVE FORCE INTO THE DANVILLE CORR. CENTER MAIL BAG OF HOUSING UNIT ,ON THE ABOVE DATE TO BE FORWARD TO THE NORTHERN DISTRICT UNITED STATES COURT AT 219 S.,Dearborn Chicago,Illinois 60604.

RESPECTFULLY SUBMITTED

/S/ Ronald Crosby